AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>JORGE TORRES-PEREZ,<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)          26-mj-0022-STV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 29, 2025 in the county of Douglas in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assault on a Federal Officer |
| 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat |
| 18 U.S.C. § 1361 | Destruction of Federal Property |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Dustin Mehsling
*Complainant's signature*

Dustin Mehsling, Special Agent, HSI/ICE/DHS
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 02/11/2026

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*