IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  26-cr-45-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE TORRES-PEREZ

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about December 29, 2025, in the State and District of Colorado, the Defendant, JORGE TORRES-PEREZ intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer, to wit: M.A.S., an Immigration and Customs Enforcement Removal Officer, who was then engaged in the performance of his official duties; and in doing so made physical contact with said federal law enforcement officer, to wit: Defendant intentionally spit on M.A.S.

All in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2

On or about December 29, 2025, in the State and District of Colorado, the Defendant, JORGE TORRES-PEREZ, threatened to assault, kidnap, and murder federal

law enforcement officers, to wit: M.A.S. and T.R., Immigration and Customs Enforcement Removal Officers, with the intent to impede, intimidate, interfere, and retaliate against, said officers, while they engaged in the performance of their official duties and on account of the performance of their official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3

On or about December 29, 2025, in the State and District of Colorado, the Defendant, JORGE TORRES-PEREZ, did willfully injure and damage property that belonged to the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department or agency, thereof, that is a 2020 Ford Transit Passenger Van, thereby causing damage in an amount more than $1000.

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

Ink Signature on File in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: s/ Elizabeth Tonkin
Elizabeth Tonkin
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Elizabeth.Tonkin@usdoj.gov