IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 26-cr-00045-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE TORRES-PEREZ,

    Defendant.

---

**UNITED STATES' UNOPPOSED MOTION TO DISMISS COUNT ONE, TWO, AND THREE OF THE INDICTMENT WITHOUT PREJUDICE**

---

    The United States of America respectfully moves the Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice Counts 1, 2, and 3 of the Indictment. Defendant is unopposed to this motion. As grounds, the United States provides it is in the interests of justice.

    Dated this 25th day of February, 2026.

    Respectfully submitted,

    *s/ Elizabeth Tonkin*
    ELIZABETH TONKIN
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    (303) 454-0100
    Email: elizabeth.tonkin@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

                                                        By: *s/ Ana Gomez Becerra*
                                                        ANA GOMEZ BECERRA
                                                        Legal Administrative Specialist
                                                        U.S. Attorney's Office
                                                        1801 California Street, Suite 1600
                                                        Denver, CO 80202
                                                        Telephone: 303-454-0100
                                                        Fax: 303-454-0401
                                                        E-mail: ana.gomez.becerra@usdoj.gov