IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 26-cr-00045-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE TORRES-PEREZ,

    Defendant.

---

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS COUNT ONE, TWO, AND THREE OF THE INDICTMENT WITHOUT PREJUDICE**

---

THIS MATTER coming before the Court upon Motion of the Government to Dismiss Counts 1, 2, and 3 in the Indictment (ECF No. 13),

IT IS HEREBY ORDERED that Counts 1, 2, and 3 of the Indictment as to defendant Jorge Torres-Perez are **dismissed without prejudice**.

IT IS FURTHER ORDERED that defendant Jorge Torres-Perez be released from custody if he is being held on this now dismissed Indictment.

DATED this 25th day of February, 2026.

BY THE COURT:

_____
Hon. S. Kato Crews
U.S. District Court Judge